IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION


KAY BARNES                                                    PLAINTIFF


        VS.                        CIV-12-3133

ELNS M. SMITH FOUNDATION,
d/b/a THE GREAT PASSION PLAY,
UNITED FIRE GROUP, INC.
UNITED FIRE AND CASUALTY COMPANY
and  JOHN DOES NO. 1 thru 5                                   DEFENDANTS



CLERK'S ORDER



    Pursuant to Fed.RCiv.P.41(a)(1)(A)(ii), and Notice of Voluntary Dismissal by  parties,

that separate defendants, United Fire Group, Inc., and United Fire and Casualty Company are

hereby dismissed without prejudice.



Dated: January 7, 2013

                                AT THE DIRECTION OF THE COURT
                                CHRISTOPHER R. JOHNSON, CLERK

                        BY:  /s/ Sallie Hicks,  Deputy Clerk