IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

KAY BARNES                                                                                      PLAINTIFF

v.                                             Case No. 3:12-CV-03133

ELNA M. SMITH FOUNDATION d/b/a THE GREAT
PASSION PLAY; LAFAYETTE INSURANCE
COMPANY; and JOHN DOES 1-5                                                      DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

Currently before the Court is the parties' joint motion (Doc. 23) to dismiss with prejudice.

It appearing to the Court that the matter has been settled, it is ORDERED that the parties' joint motion (Doc. 23) is GRANTED and the Complaint herein is DISMISSED WITH PREJUDICE, subject to the terms of the settlement.

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed, that the parties require Court intervention in an unanticipated dispute regarding the settlement, and/or that a party wishes this Court to enforce the settlement agreement specifically.

IT IS SO ORDERED this 19th day of September, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE